INDIAN REFINING · Co. INC. *v.* BISHOP.

[83 South. 276, In Banc.  No. 20905.]

APPEAL AND ERROR. *Remittitur of excessive damages.*

> Where on appeal it appears to the supreme court that the damages awarded in the court below were grossly excessive, the court may affirm the case provided a *remittitur* is entered.

APPEAL from the circuit court of Harrison county.

HON. CHAS L. RUSHING, Judge.

Suit between the Indian Refining Company Incorporated and Henry Bishop. From the judgment rendered, the Refining Compay appeals.

The facts are not important.

*Geo. S. Dodds,* for appellant.

*Mize & Mize* and *White & Ford,* for appellee.

HOLDEN, J., delivered the opinion of the court.

It is not important to state the facts. The amount of damages recovered is grossly excessive, and most of which were not occasioned directly by the attachment. *Marqueze* v. *Southeimer,* 59 Miss. 430.

If remittitur is entered, reducing the amount to two hundred and fifty dollars, the jugment will be affirmed; otherwise, reversed generally.

*Affirmed Conditionally.*